# UNITED STATES DISTRICT COURT

for

## NORTHERN DISTRICT OF CALIFORNIA

San Francisco Venue

# FILED

AUG 0 4 2006

| Report on Offender Under Supervision | RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |
|---|---|

Name of Offender:          Robert Drake                                  Docket No.:   CR 06-00176-01 MEJ

Name of Sentencing Judge:   Maria-Elena James
United States Magistrate Judge

Date of Original Sentence:   June 16, 2006

Original Offense:
Count One: Possession of a Controlled Substance, 21 U.S.C. § 844(a), a Class A misdemeanor

Original Sentence:  One year probation
Special Conditions:  Special assessment $25; drug treatment; drug testing

Type of Supervision:  Probation                          Date Supervision Commenced:  June 16, 2006
Assistant U.S. Attorney:  Derek R. Owens                  Defense Counsel:  David Fermino (Appointed)

## Petitioning the Court to Take Judicial Notice

Robert Drake                                                                                              Page 2
CR 06-00176-01 MEJ

## Cause

| Charge Number | Violation |
|---|---|
| One | There is probable cause to believe the offender violated standard condition number eight which requires the offender to refrain from the excessive use of alcohol and not to purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician. |

On July 19, 2006, the offender submitted to a urinalysis drug test at the United States Probation Office in San Francisco, California, which resulted in a confirmed positive test for the use of marijuana. On that same date, during an office visit, also at the United States Probation Office in San Francisco, California, the offender admitted to the use of marijuana on June 15, 2006.

Evidence to support this charge is Scientific Testing Laboratories, Inc., report for specimen identification number A00262062, dated July 28, 2006.

## Action Taken and Reason

Robert Drake, Jr., has been on supervision for approximately two months of a one-year term of probation.

On July 19, 2006, the offender submitted to an a urinalysis drug test at the United States Probation Office which resulted in a confirmed positive test for the use of marijuana. On that same date, during an office visit, I questioned the offender about recent substance abuse. The offender admitted to the daily use of marijuana on, and prior to, June 15, 2006, the day prior to his placement on probation for the instant offense. The offender was admonished for his decision to use marijuana and will be referred for outpatient substance abuse treatment to address this issue.

It is respectfully recommended the Court take judicial notice of the above violation and allow the United States Probation Office to continue to monitor this case.

NDC-SUPV-FORM 12A 03/23/05

Robert Drake                                                                                          Page 3
CR 06-00176-01 MEJ

The Assistant U.S. Attorney has been notified and there are no objections.

Address of offender:           44 Northridge Road
                               San Francisco, CA 94124

Respectfully submitted,                             Reviewed by:

Kenneth J. Gibson                                   Robert E. Tenney
U.S. Probation Officer                              Supervisory U.S. Probation Officer

Date Signed:  July 31, 2006

THE COURT ORDERS:
☒ The Court concurs and takes judicial notice
☐ Submit a request to modify supervision
☐ Submit a request for warrant
☐ Submit a request for summons
☐ Other:


_____8-4-06_____
Date

Maria-Elena James
United States Magistrate Judge